UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
FILED
October 15, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NUMBER: 2:10-cr-00423 MCE |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| KENYATTA ALLEN, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __Kenyatta Allen__ ; Case __2:10-cr-00423 MCE__ from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   __   Release on Personal Recognizance

    __   __   Bail Posted in the Sum of _____

    __ X __   Unsecured Appearance Bond in the amount of $15,000, to be co-signed by defendant's mother and brother by close of business on 10/18/2010.

    __   __   Appearance Bond with 10% Deposit

    __   __   Appearance Bond secured by Real Property

    __   __   Corporate Surety Bail Bond

    __ X __   (Other) Pretrial Supervision/Conditions.

Issued at __Sacramento, CA__ on __10/15/2010__ at __2:45 p.m.__

By _____
Kimberly J. Mueller
United States Magistrate Judge