William E. Bonham, SB# 55478
Attorney at Law
Hotel de France Bldg., Old Sacramento
916 Second Street, 2nd Floor, Ste. A
Sacramento, California 95814
Telephone: (916) 557-1113
Facsimile: (916) 557-1118
Email: billbonham@mylaw.comcastbiz.net

Attorney for KENYATTA ALLEN

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:10-cr-00423 KJM |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | TO SET STATUS CONFERENCE |
| v. ) | |
| ) | |
| ALLEN et al, ) | |
| Defendants. ) | |
| ) | |
| _____) | |

    Defendant, Kenyatta Allen, through her undersigned counsel, and the United States through its undersigned counsel, hereby stipulate and request that the Court calendar this matter for Thursday, August 11, 2011 at 10:00 am.

The parties are requesting that the matter be calendared so that defense counsel can raise a doubt as to the competency of his client to proceed forward to trial and for appointment of a mental health expert.

I, William E. Bonham, the filing party have received authorization AUSA Jared C. Dolan, to sign and submit this stipulation and proposed order on his behalf and defense counsel has authorization from his client.

Accordingly, the defense and the United States agree and stipulate that the above captioned matter should be calendared for Thursday, August 11, 2011 at 10:00 am.

Dated: August 3, 2011

          BENJAMIN B. WAGNER
          United States Attorney

          By: /s/   William E. Bonham for
              JARED C. DOLAN
              Assistant U.S. Attorney

Dated: August 3, 2011

          By: /s/  William E. Bonham for
             WILLIAM E. BONHAM
            Attorney for defendant
            KENYATTA ALLEN

## ORDER

IT IS SO ORDERED. A status conference, as to defendant Kenyatta Allen, is scheduled for Thursday, August 11, 2011 at 10:00 a.m. for defense counsel to declare a doubt as to his client's competency to proceed forward to trial and for appointment of a mental health expert.

Dated: August 4, 2011.

_____
UNITED STATES DISTRICT JUDGE