William E. Bonham, SB# 55478
Attorney at Law
Hotel de France Bldg., Old Sacramento
916 Second Street, 2nd Floor, Ste. A
Sacramento, California 95814
Telephone: (916) 557-1113
Facsimile: (916) 557-1118
Email: billbonham@mylaw.comcastbiz.net

Attorney for KENYATTA ALLEN

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:10-cr-00423 KJM |
| ) | |
| Plaintiff, ) | EX PARTE APPLICATION |
| ) | FOR A COURT ORDER |
| v. ) | FOR COMPETENCY |
| ) | EVALUATION AND ORDER |
| ALLEN et al, ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

Defendant, Kenyatta Allen, through her undersigned counsel, requests that the Court order the appointment of Dr. Bruce W. Ebert, clinical and forensic psychologist, to conduct a competency evaluation to determine whether Ms. Allen is competent to stand trial.

On August 10, 2011 counsel filed a memorandum declaring a doubt as to Ms. Allen's competency to stand trial based on interaction with Ms. Allen, a

review of Elk Grove School District records and her eligibility to receive SSI disability since the age of 12.

At the status conference the following day, August 11, 2011 counsel requested a mental health evaluation.  After receiving no objection from the Government, the Court approved the request and ordered the examination be conducted.

Counsel has spoken with Dr. Ebert who has agreed to conduct the evaluation and has received approval from AUSA Dolan to proceed in having Dr. Ebert appointed.

Counsel therefore respectfully requests that the Court sign the [proposed] order formally appointing Dr. Ebert to conduct a competency evaluation on Ms. Allen thereby enacting the order given by the Court during the status conference on August 11, 2011.

Dated: August 25, 2011

                      By: /s/  William E. Bonham for
                          WILLIAM E. BONHAM
                          Attorney for defendant
                          KENYATTA ALLEN

## ORDER

IT IS ORDERED that Dr. Bruce W. Ebert is appointed to conduct a competency evaluation on defendant, Kenyatta Allen to determine her competency to proceed to trial.

Dated: August 26, 2011.

_____
UNITED STATES DISTRICT JUDGE